```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>EDWARD ROSA FELICIANO<br>XXX-XX-1079<br>PRISCILA RODRIGUEZ VELEZ<br>XXX-XX-8609<br><br>     DEBTOR (S) | CASE NO. 10-10588-BKT<br><br><br>CHAPTER 13 |

```
            TRUSTEE'S OBJECTION TO CLAIM #07-1
      FILED BY (OR ON BEHALF OF):SCOTIABANK DE PUERTO RICO
```

TO THE HONORABLE COURT:

   The Trustee objects to Claim #07-1, filed on February 15, 2011 for the amount of $10,259.57, classified as SECURED on the following grounds:

• Failure to comply with BR 3001(c), no written evidence of the claimed debt was filed with the proof of claim.
• Failure to comply with BR 3001(d), no evidence of perfection of claimed security interest was filed with the proof of claim.

   WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth and that an order be entered:

   Disallowing objected Claim.

   30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

   In San Juan, Puerto Rico this Monday, May 9, 2011.

```
                              /s/ Jose R. Carrion
                              JOSE R. CARRION
                              CHAPTER 13 TRUSTEE
                              PO Box 9023884, Old San Juan Stat.
                              San Juan, PR 00902-3884
                              Tel. (787) 977-3535
                              Fax  (787) 977-3550
```

10-10588-BKT
                              EDWARD ROSA FELICIANO


                         VERIFIED STATEMENT


     The undersigned, of legal age and as employee of Jose R. Carrion,
Chapter 13 Trustee Office, hereby certifies that on this same date, I
personally and duly notified a true and exact copy of the attached motion
to each party below listed.


     EDWARD ROSA FELICIANO              SCOTIABANK DE PUERTO RICO
     RR 03 BOX 2660                     GPO BOX 362649
     TOA ALTA, PR   00953               SAN JUAN, PR   00936-2649



     JAIME RODRIGUEZ LAW OFFICE PSC*    SCOTIABANK OF PUERTO RICO
     BB21 CALLE 38                      C/O FERNANDEZ COLLINS CUYAR & PLA
     URB REXVILLE                       PO BOX 9023905
     BAYAMON, PR   00957                SAN JUAN, PR   00902-3905


In San Juan, Puerto Rico this Monday, May 9, 2011.


                                        *Olga Sosa*
                                        _____
                                             Chapter 13 Clerk